UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERESA FARRELL,

                      Plaintiff,                **ORDER**
                                                       CV 04-3412 (JS)(ARL)

        -against-

KING KULLEN GROCERY COMPANY, INC.,

                      Defendant.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The court is in receipt of a letter dated July 21, 2005 from Andrew Schatkin, who has recently been retained as the plaintiff's counsel. Mr Schatkin has requested that the court hold a scheduling conference and enter a new scheduling order that will give him time to amend the plaintiff's complaint and conduct discovery. The court finds that a conference is unnecessary and thus, the plaintiff's request is denied.

      The deadline for submission of motions to amend the complaint was May 3, 2005. As the plaintiff was already advised in the court's July 20, 2005 order, permission to amend the complaint will not automatically be granted because the plaintiff has now retained counsel. The plaintiff may submit a motion to amend the complaint, but she is reminded that the motion will only be granted upon a showing of good cause. *See* Fed. R. Civ. P. 16(b).

      The plaintiff has not specifically indicated the additional discovery that is necessary or how long she believes it will take to complete discovery. Nor has counsel indicated that he has discussed this matter with the defendant's counsel. The court will not grant an extension absent a more specific request and an indication that the parties have conferred on this matter prior to the submission of an application.

Dated:  Central Islip, New York            **SO ORDERED:**
         July 27, 2005


                                        _____/s/_____
                                        ARLENE R. LINDSAY
                                        United States Magistrate Judge